IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET: 3:05CR104-18

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | **ORDER** |
| ) | |
| RODGRICK FRIESON                 ) | |

**THIS MATTER IS BEFORE THE COURT** on Rodgrick Frieson's "Motion for Issuance of a Subpoena at Government's Expense. After careful review of the motion, the undersigned finds that the witness listed below is essential to an adequate defense and that the defendant is indigent and unable to pay the costs for the issuance of the subpoena.

**IT IS THEREFORE ORDERED,**

1. That the "Motion for Issuance of Subpoena at Government's Expense" is **GRANTED**;
2. That the attached Subpoena be issued by the Clerk to Marleen Chiaravalle of Cricket Communications, 10307 Pacific Center Court, San Diego, CA 92121-2779;
3. That the United States Marshall serve the aforesaid Subpoena and that the costs incurred by the service of process and the witness fee be borne by the Government.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Attorney and the United States Marshal.

This the 5th day of July 2006.

*[signature]*